IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY HARRIS**   **PLAINTIFF**
**ADC #076226**

v.   CASE NO. 5:19-CV-00310 BSM

**CORRECT CARE SOLUTIONS et al.**   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 30] is adopted. Ricky Harris's motion for a preliminary injunction [Doc. No. 25] is denied.

IT IS SO ORDERED this 3rd day of April 2020.

_____
UNITED STATES DISTRICT JUDGE