IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY HARRIS,**                                                         **PLAINTIFF**
#076226

v.                     **CASE NO. 5:19-CV-00310-BSM**

**CORRECT CARE SOLUTIONS,** *et al.*                         **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 38] is adopted, and Ricky Harris's motion for preliminary injunction [Doc. No. 35] is denied.

IT IS SO ORDERED this 15th day of January, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE