# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICKY HARRIS**                                                                                          **PLAINTIFF**
ADC #076226

v.                                        **CASE NO. 5:19-CV-00310-BSM**

**CORRECT CARE SOLUTIONS,** *et al.*                                              **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 54] is adopted. Defendants' motion for summary judgment [Doc. No. 43] is granted, and Ricky Harris's amended complaint [Doc. No. 5] is dismissed with prejudice. Harris's motions to appoint counsel [Doc. Nos. 49, 55], and his motion for appointment of expert [Doc. No. 50] are denied as moot.

IT IS SO ORDERED this 19th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE