IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY HARRIS**  **PLAINTIFF**
ADC #076226

v.   CASE NO. 5:19-CV-00310-BSM

**CORRECT CARE SOLUTIONS,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE